# LAW OFFICE OF BERNARD V. KLEINMAN, PLLC
## ATTORNEY - AT - LAW
108 VILLAGE SQUARE, SUITE 313
SOMERS, NY 10589-2305
TEL: (914) 644-6660     E-MAIL: ATTRNYLWYR@YAHOO.COM     FAX: (914) 694-1647

October 24, 2019

Hon. Gregory H. Woods
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re: <u>United States v. Suen, JIAN MIN HUANG
       1:18-cr-00827</u>

Your Honor:

I am counsel for Defendant Jian Min Huang in the above-referenced matter currently in this Court.

By this letter I respectfully request that the Court direct pre-trial services to remove the ankle monitoring device that my client is currently wearing. She has been wearing this device since her arrest and grant of bail. There have been no issues with her compliance with the conditions of bail set forth by the Court, and is fully compliant with all requirements. As of this date she has been interviewed by Probation in anticipation of her sentencing currently calendared for January 24, 2020.

My request for this is that at her place of work the device sometimes goes off, and she has is trying to make sure that her co-workers are not being made aware of her present situation.

I have spoken with Assistant U.S. Attorney Nessim, and he has informed me that he has no objection to the Court granting this request.

                                            Respectfully submitted,

                                            /s/ *Bernard V. Kleinman*
                                            Bernard V. Kleinman

cc: All counsel of record by ECF